# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SCOTT CASTEEL,

                Plaintiffs,

v.

ROMEO ARANAS, et al.,

                Defendants.

3:20-cv-0381-GMN-CLB

**ORDER**

Two motions are currently pending.  The court will address each motion in turn.

**ECF No. 23 – Motion to Exclude Attorney General's Office for HIPPA Violation**

In this motion, plaintiff contends that the Office of the Attorney General mailed his medical records to another inmate, Justin Langford, at Lovelock Correctional Center (ECF No. 23).  In an effort to return the records to the rightful owner, Mr. Langford then gave the records to his caseworker who gave them to Associate Warden Legrand.  Mr. Langford followed up with an affidavit regarding this incident that he mailed to his father, Roger Langford, who in turn mailed the affidavit to the plaintiff at Ely State Prison.  (*Id.*)  The Office of the Attorney General shall respond to plaintiff's motion on or before **Monday, November 16, 2020**.

**ECF No. 24 – Motion to Enter New Exhibits and Information Into the Record**

Plaintiff's motion to enter new exhibits into the record (ECF No. 24) is **DENIED**. Exhibits that do not support a motion, a response to a motion, or a reply to a motion may <u>not</u> be filed.

**DATED:** October 28, 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

1