UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTT CASTEEL,　　　　　　　　　　　　Case No. 3:20-CV-0381-GMN-CLB

　　　　Plaintiff,　　　　　　　　　　　　**ORDER**

　　v.

ROMEO ARANAS, et al.,

　　　　Defendants.
_____/

　　Before the court is plaintiff's motion (ECF No. 30) to enter into the record supporting exhibits for his motion to exclude the Attorney General's Office for HIPPA violation (ECF No. 23). Defendants filed a non-opposition to ECF No. 30 (ECF No. 33). Therefore, plaintiff's motion to enter exhibits into the record (ECF No. 30) is **GRANTED**. The court will consider the exhibits attached to ECF No. 30 in decision of plaintiff's motion ECF No. 23 which will be decided in due course.

　　IT IS SO ORDERED.

　　DATED: November 18, 2020

_____
UNITED STATES MAGISTRATE JUDGE