**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT CASTEEL, | Case No. 3:20-CV-0381-GMN-CLB |
| Plaintiff, | **ORDER SETTING MANDATORY TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| ROMEO ARANAS, et al., | |
| Defendants. | |

The telephonic case management conference currently set before this Court on November 23, 2020 at 10:00 a.m. is VACATED and RESCHEDULED to **Monday, December 28, 2020** at **9:00 a.m.**  The parties are advised that the Court will discuss the plaintiff's motion to exclude Attorney General's Office from case because of HIPPA violation (ECF No. 23).

The Court has now screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and ordered the case to proceed. In order to ensure the just, speedy, and cost-effective resolution of this action, the Court orders the parties attend a mandatory telephonic case management conference as described more fully below.

Following the mandatory telephonic case management conference, the Court will issue a full scheduling order, setting out additional dates related to discovery and the

1

litigation. No discovery may proceed until the Court enters a full scheduling order following the mandatory telephonic scheduling conference.

## I.   MANDATORY TELEPHONIC CASE MANAGEMENT CONFERENCE

A mandatory telephonic case management conference will be held on **Monday, December 28, 2020** at **9:00 a.m.**  The Attorney General's Office is directed to make the necessary arrangements for the plaintiff's telephonic appearance and shall provide the deputy court clerk of the telephone number at which the plaintiff can be reached for this hearing.  The Deputy Attorney General shall dial **877-336-1829** at least five (5) minutes prior to the hearing to be properly connected into the courtroom.  The **access code** is **2809752** and the **security code** is **20381**.  The parties should be available for one hour, although the case management conference will likely take less time. The parties shall be prepared to informally discuss the following issues:

A.   A brief statement of the parties' claims and/or defenses;

B.   The location of potentially relevant documents;

C.   Discovery each party intends to take, if any, in addition to the discovery ordered above;

D.   A timeline for the scheduling of discovery;

E.   Any options or methods for the streamlining discovery;

F.   Whether any party intends to challenge the issue of exhaustion;

G.   Whether any party intends to use expert witnesses;

H.   Whether each party would consent to magistrate judge jurisdiction; and,

I. Any immediate or ongoing issues or requests for injunctive relief regarding current incarceration that could require the court's immediate attention.

## II. CASE MANAGEMENT CONFERENCE STATEMENTS

At least one-week in advance of the case management conference, each party shall file a case management conference statement. The statement must address the issues listed above, as well as any other issues that the parties believe would assist in the scheduling of the case. The statement should include the date that initial disclosures were served and any deficiencies in either party's disclosures. The statement must not exceed five (5) pages in length and no exhibits or attachments should be included.

## III. SCHEDULING ORDER

Following the case management conference, the Court will issue a Scheduling Order and Discovery Plan with the benefit of the input of the parties. Once issued, the dates in the Scheduling Order and Discovery Plan shall be firm and no extension shall be given without permission from the Court based on good cause shown.

DATED: November 20, 2020.

_____
CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE