UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTT CASTEEL,

Plaintiff,

v.

ROMEO ARANAS, et al.,

Defendants.
_____/

Case No. 3:20-CV-0381-GMN-CLB

**ORDER**

Plaintiff filed a one-page motion to clarify the court's order ECF No. 76 together with what appears to be 312 pages of his medical record attached as exhibits. (ECF No. 77). The court's order ECF No. 76 ordered, among other things, Defendants provide copies of Plaintiff's relevant medical records directly to him at NDOC's expense and allow him to possess those records in his cell. Plaintiff now complains he thought the order was for him to review his medical file and copy the documents he wanted. (ECF No. 77).

Plaintiff's motion to clarify (ECF No. 77) is **DENIED**. The court's order ECF No. 76 is clear on its face and shall remain in full force and effect. Plaintiff may simply review and copy the medical files he was provided and now possesses in his cell.

IT IS SO ORDERED.

DATED: June 3, 2021

_____
UNITED STATES MAGISTRATE JUDGE