# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SCOTT CASTEEL,<br><br>                Plaintiff,<br>v.<br><br>ROMEO ARANAS, *et al.,*<br><br>                Defendants. | Case No. 3:20-CV-0381-GMN-CLB<br><br>**ORDER RE: AMENDED COMPLAINT AND SERVICE**<br><br>[ECF No. 112] |

On March 12, 2022, the District Court granted Plaintiff Scott Casteel's ("Casteel") motion to amend complaint. (ECF No. 110). Therefore, the Clerk shall **DETACH** and **FILE** the first amended complaint attached to Casteel's motion to amend. (ECF No. 81.)

Further, Casteel's motion for service (ECF No. 112) is **GRANTED**. The Clerk of the Court shall electronically **SERVE** a copy of this order and a copy of Casteel's first amended complaint on the Office of the Attorney General of the State of Nevada.

Within twenty-one (21) days of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Casteel of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve on Casteel, the last known address(es) of those defendant(s) for whom it has such information.

If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days from the date of this order.

**DATED:** March 22, 2022

_____
**UNITED STATES MAGISTRATE JUDGE**