1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

SCOTT CASTEEL,

3:20-cv-0381-GMN-CLB

4

Plaintiff,

5

v.

6

ROMEO ARANAS, *et al.,*

7

Defendants.

**ORDER GRANTING MOTION TO CORRECT TYPOS IN FIRST AMENDED COMPLAINT AND ORDER RE: SERVICE OF PROCESS**

(ECF Nos. 117, 118, 119)

8

9

Several motions are pending before the Court, and the Court will address each

10

motion in turn.

11

**I.      Motion to Correct Typos in First Amended Complaint (ECF No. 118)**

12

Plaintiff Scott Casteel ("Casteel") filed a motion to correct two typos in his first

13

amended complaint. (ECF No. 118. ) The first correction is to change the statement that his

14

"APRI score was 7 then dropped to 2" to "APRI score was 2.0 then dropped to 0.7." (*Id.*)

15

The second correction is to change Defendant "Hometown Health" only to "Hometown

16

Health/Renown Medical" as Plaintiff contends they are one in the same. (*Id.*) Plaintiff's

17

motion is **GRANTED** as to these two typos.

18

**II.     Motion for U.S. Marshal to Complete Service of Process (ECF No. 117), and**

19

**Sealed Motion to Enter Contact Information for Unserved Defendants (ECF No. 119)**

20

21

Casteel's motion for the U.S. Marshal to attempt service of process unserved

22

Defendants is **GRANTED**. (ECF No. 117). Casteel's motion to enter contact information for

23

four of the unserved Defendants: Vanhorn, Chang, Famy, and Vitale, is also **GRANTED**.

24

(ECF No. 119.) If Plaintiff wishes to have the U.S. Marshal attempt service on the unserved

25

Defendants, he shall follow the instructions contained in this order.

26

The Clerk shall ISSUE summonses for all unserved Defendants: **Hometown**

27

1  **Health/Renown Medical, Ronald Centric, V. Vanhorn, Dr. Chang, Dr. Michael Vitalie,**

2  and **Dr. Famy** and send the same to the U.S. Marshal with the addresses provided under

3  seal by Casteel. (ECF No. 119.) The Clerk shall also SEND sufficient copies of the first

4  amended complaint, (ECF No. 114), the Court's order, (ECF No. 113), and this order to the

5  U.S. Marshal for service on the Defendants. The Clerk shall SEND to Casteel sufficient

6  USM-285 forms. Casteel shall have until **May 27, 2022,** to complete the USM-285 service

7  forms and return them to the U.S. Marshal, 400 South Virginia Street, 2nd Floor, Reno,

8  Nevada 89501. Casteel must provide service addresses on the USM-285 forms for all

9  Defendants not included in his motion ECF No. 119.

10        If Casteel fails to follow this order, the above-named Defendants will be dismissed for

11  failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

12  **DATED:** ___May 5, 2022___

13  _____

14        **UNITED STATES MAGISTRATE JUDGE**

2