1
2
3            UNITED STATES DISTRICT COURT
4                  DISTRICT OF NEVADA

5  SCOTT CASTEEL,                          Case No. 3:20-cv-00381-ART-CLB
6                           Plaintiff,     **ORDER**
7      v.
   ARANAS, *et al.*,
8
                          Defendants.
9

10

11       The Court has set a Rule 4 dismissal deadline for four defendants in this

12  case for whom the Attorney General's office has advised it cannot accept service.

13  The Court has located possible physical addresses for three of the four

14  defendants. Mr. Casteel is thus directed to provide USM-285 service forms for

15  these defendants as well as provide additional identifying information for the

16  Defendant Chang.

17       The Attorney General's Office asserts that it cannot accept service for V.

18  Vanhorn, Dr. Chang, Dr. M. Vitale, Dr. Chang, and D. Famy, who were contract

19  medical providers for the Nevada Department of Corrections. It asserts that last

20  known addresses for these individuals cannot be filed under seal as there are no

21  listings with the Human Resources Department of the Nevada Department of

22  Corrections for these individuals. Additionally, there were no listings with Nevada

23  State Board of Medical Examiners for Ronald Centric, V. Vanhorn, Dr. M. Vitale

24  and D. Famy and there are 48 listings for Dr. Chang with the Nevada State Board

25  of Medical Examiners. (ECF No. 115.) Mr. Casteel subsequently provided what he

26  believed to be the correct addresses for these individuals so that the United States

27  Marshal Service could serve these defendants. (ECF No. 119.) The summonses

28  were returned unexecuted as to Defendants Chang, Vanhorn, Famy and Vitale.

(ECF Nos. 126; 127; 128; 132.) The Court set a Rule 4(m) dismissal deadline set for August 31, 2022. (ECF No. 142.)

Through a search of public records, the court has identified possible physical addresses for Defendants Famy, Vanhorn, and Vitale as follows:

Dante Famy NP

3835 South Jones Boulevard, STE 104

Las Vegas, NV 89103

Kylee Ruth Danielle Vanhorn

2320 Opal Drive

Ely, NV 89301

Dr. Dana Sean Vitale , DO

Eastern Nevada Medical Group

1500 Avenue F

Ely, NV 89301

The Clerk shall issue summonses for Dante Famy, Kylee Ruth Danielle Vanhorn, and Dr. Dana Sean Vitale, and send the same to the U.S. Marshal with the addresses listed above.

The Clerk shall also send two (2) copies of the First Amended Complaint (ECF No. 114), and two (2) copies of this Order to the U.S. Marshal for service on Defendants Famy, Vanhorn, and Vitale.  The Clerk shall also send to Plaintiff three (3) USM-285 forms for Defendants Famy, Vanhorn, and Vitale.

Plaintiff shall have until Friday, August 31, 2022, to complete the USM-285 service forms for Defendants Famy, Vanhorn, and Vitale, and return them to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

Plaintiff is also directed to provide, if possible, the full name of Defendant Chang and any additional identifiers including any other possible addresses, as it appears that the address provided by Mr. Casteel is currently invalid.

If Plaintiff fails to follow this order, these defendants may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED THIS 9th day of August, 2022.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE