UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTT CASTEEL,

          Plaintiff,

  v.

ARABAS, *et al.*,

          Defendants.

Case No. 3:20-cv-00381-ART-CLB

**ORDER**

   The Court previously issued an order (ECF No. 146) regarding service and issued summons (ECF No. 147) for defendants Famy, Vanhorn, and Vitale, which through this order it withdraws and seals.

   The Clerk of the Court shall withdraw and seal ECF Nos. 146 and 147.

   The Court denies Mr. Casteel's motion (ECF No. 148) as moot.

DATED THIS 12th day of August, 2022.

_____

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1