UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT CASTEEL,<br><br>　　　　　　　Plaintiff,<br>　v.<br>ARABAS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:20-cv-00381-ART-CLB<br><br>**ORDER** |

The Office of the Attorney General did not accept service of process on behalf of several defendants, including Vanhorn, Vitale and Famy.

Accordingly, the Clerk shall ISSUE a summons for each of the above-named Defendants and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 150) The Clerk shall also SEND sufficient copies of the first amended complaint, (ECF No. 114), the order granting the motion to amend, (ECF No. 110), and this order to the U.S. Marshal for service on the Defendants. The Court will separately provide to the U.S. Marshal a completed USM 285 form for each Defendant.

DATED THIS 12th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE