UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTT CASTEEL,

           Plaintiff,

vs.

ROMEO ARANAS, et al.,

           Defendants.

Case No. 3:20-cv-00381-ART-CLB

**ORDER APPROVING**

STIPULATION OF
DISMISSAL WITH PREJUDICE

Plaintiff, Scott Casteel, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 9th day of March, 2023.

DATED this 5th day of April, 2023

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*
DOUGLAS R. RANDS, Bar No. 3572
Senior Deputy Attorney General
*Attorneys for Defendants*

SCOTT CASTEEL
*Plaintiff*

**IT IS SO ORDERED.**

DATED: April 7, 2023

_____
UNITED STATES DISTRICT JUDGE

1